| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Turkelson | Telephone: (810) 766-5177 |
|---|---|---|
| | Special Agent: Wohlfert, FBI | Telephone: (989) 892-6525 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
D1-Ricardo Delgado,
D2-Gregory Hayes,
D3-Austin Saucedo,
D4-Jonathan Coronado, and
D5-Aristeo Delgado

Case: 1:22-mj-30150
Judge: Morris, Patricia T.
Filed: 03-23-2022
CMP USA V DELGADO, ET AL (kcm)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2, 2022 until March 22, 2022__ in the county of __Saginaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy |

This criminal complaint is based on these facts:

That on or about March 2, 2022 until March 22, 2022, Ricardo Delgado, Gregory Hayes, Austin Saucedo, Jonathan Coronado, and Aristeo Delgado knowingly conspired and agreed together to possess with the intent to distribute and to distribute cocaine and heroin in violation of 18 U.S.C. § 846.

☑ Continued on the attached sheet.

_____
Complainant's signature

Troy Wohlfert, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: March 23, 2022

_____
Judge's signature

City and state: Bay City, MI

Hon. Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Troy Wohlfert, being first duly sworn on oath, states that:

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since February 2010. I am currently assigned to the Detroit Division, Bay City Resident Agency, where I am responsible for investigating a myriad of criminal violations. I am currently detailed to the FBI Mid-Michigan Safe Streets Task Force (MMSSTF). This Task Force is a multi-jurisdictional law enforcement entity charged with investigating violations of Federal law, including drug trafficking crimes defined under Title 21 of the United States Code. During my employment with the FBI I have conducted or participated in investigations related to the possession and manufacture of firearms and narcotics in violation of Titles 18, 21, and 26 of the United States Code.

2. I make this affidavit from personal knowledge based on my participation in this investigation, communications with other officers, and others who have personal knowledge of the events and circumstances described herein, and information gained through my review of relevant documents related to this investigation. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. I am currently investigating Ricardo Delgado, Gregory Hayes, Austin Saucedo, Jonathan Coronado, and Aristeo Delgado, for violation of 18 U.S.C. § 846, conspiracy to possess with intent to distribute and to distribute controlled substances.

4. Since March 2, 2022, multiple court orders have been signed in the United States District Court, Eastern District of Michigan, which authorized the interception of wire and/or electronic communications on phones known to be utilized by Ricardo Delgado. Ricardo Delgado was identified as a supplier of controlled substances and partner of Hayes. Numerous calls have been intercepted regarding the sale and distribution of controlled substances.

5. During the intercepted calls Ricardo Delgado has been overhead arranging to receive kilogram quantities of cocaine and heroin from sources in Mexico. Delgado has also been overhead discussing the distribution of kilogram quantities of cocaine and heroin involving each of the named defendants. On March 22, 2022, a federal search warrant was executed at Delgado's residence. During the search of the residence, approximately 13.5 kilograms of suspected cocaine, more than $100,000, and thirteen guns were found at his residence.

6. During intercepted calls Gregory Hayes was overheard coordinating with R. Delgado the receipt of kilogram quantities of cocaine and heroin. Hayes has also been overheard discussing further distributing the kilogram quantities of

controlled substances, which he obtained through R. Delgado. On March 22, 2022, a federal search warrant was executed at two locations associated with Hayes. During the search of these locations 2 kilograms of suspected cocaine and more than $25,000 were found.

7.  During intercepted calls R. Delgado frequently identified Austin Saucedo as an individual who would deliver controlled substances and/or pick up money owed for controlled substances on R. Delgado's behalf. During these calls R. Delgado would frequently inform the individual to whom he was distributing controlled substances that Saucedo would be arriving at their location soon. Law enforcement would then observe Saucedo arriving at R. Delgado's residence, retrieving controlled substances, and then departing. R. Delgado would then either notify the individual that Saucedo was in route or at their residence.

8.  During intercepted calls Jonathan Coronado was overheard arranging to obtain kilogram quantities of cocaine and heroin from R. Delgado. Coronado has also been overheard coordinating attempts to obtain new customers to distribute kilogram quantities of cocaine to. Additionally, Coronado would identify and surveil potential rival drug dealers. Shortly after R. Delgado was taken into custody on March 22, 2022, Coronado arrived at R. Delgado's residence with a firearm in his possession[1]. Based on my training and experience Coronado arrived

---

[1] Coronado is a convicted felon and is ineligible to possess a firearm.

at R. Delgado's residence in an attempt to remove and/or destroy evidence of their involvement in the distribution of controlled substances.

9. During intercepted calls Aristeo Delgado was overheard arranging to obtain kilogram quantities of cocaine from R. Delgado. A. Delgado was also overheard testing out the quality of controlled substances and attempting to obtain new customers to distribute kilogram quantities of cocaine to for R. Delgado.

10. Based on the above-described facts, each defendant knowingly conspired and agreed together to possess with the intent to distribute and to distribute cocaine and heroin in violation of 18 U.S.C. § 846.

_____
Troy Wohlfert
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means on this 23rd day of March, 2022.

_____
Hon. Patricia T. Morris
United States Magistrate Judge

4