UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1  RICARDO DELGADO II,
D-2  GREGORY MARTIN HAYES,
D-3  AUSTIN ANTONIO SAUCEDO,
D-4  JONATHAN ORTIZ CORONADO, and
D-5  ARISTEO VINCENTE DELGADO,

    Defendants.

1:22-cr-20187
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 04-06-2022 At 04:40 PM

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(21 U.S.C. §§ 846 and 841(a)(1))**
**Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine**

D-1  **RICARDO DELGADO II,**
D-2  **GREGORY MARTIN HAYES,**
D-3  **AUSTIN ANTONIO SAUCEDO,**
D-4  **JONATHAN ORTIZ CORONADO, and**
D-5  **ARISTEO VINCENTE DELGADO,**

From a date unknown to the Grand Jury, but since at least the fall of 2021, to on or about March 22, 2022, in the Eastern District of Michigan, RICARDO DELGADO II, GREBORY HAYES, AUSTIN SAUCEDO, JONATHAN CORONADO, and ARISTEO DELGADO knowingly conspired and agreed together and with other persons, both known and unknown to the grand jury, to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1). The conspiracy as a whole involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all of which is attributable to each defendant as a result of their own individual conduct, and the conduct of other conspirators reasonably foreseeable to each of them.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT TWO
**Possession with Intent to Distribute Cocaine**
**(21 U.S.C. § 841(a)(1))**

### D-1  RICARDO DELGADO II

On or about March 22, 2022, in the Eastern District of Michigan, Northern Division, RICARDO DELGADO II knowingly possessed with intent to distribute more than five kilograms of a mixture or substance containing a detectable amount

of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT THREE
**Possession of a firearm in furtherance of a drug trafficking crime**
**(18 U.S.C. § 924(c)(1)(A))**

### D-1   RICARDO DELGADO II

On or about March 22, 2022, in the Eastern District of Michigan, Northern Division, RICHARD DELGADO II, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, 21 U.S.C. § 841(a)(1), possession with intent to distribute cocaine; in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT FOUR
**Use of a Communication Facility**
**(21 U.S.C. § 843(b))**

### D-1   RICARDO DELGADO II

Beginning on a date unknown to the grand jury, but at least since the fall of 2021, and continuing at least until March 22, 2022, in the Eastern District of Michigan, Northern Division, RICARDO DELGADO II knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, conspiracy to possess with intent to distribute and

3

to distribute cocaine base, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Count One of this indictment and incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT FIVE
## Use of a Communication Facility
## (21 U.S.C. § 843(b))

### D-2  GREGORY MARTIN HAYES

Beginning on a date unknown to the grand jury, but at least since the fall of 2022, and continuing at least until March 22, 2022, in the Eastern District of Michigan, Northern Division, GREGORY HAYES knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, that is, conspiracy to possess with intent to distribute and to distribute cocaine base, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Count One of this indictment and incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT SIX
## Use of a Communication Facility
## (21 U.S.C. § 843(b))

**D-3   AUSTIN ANTONIO SAUCEDO**

Beginning on a date unknown to the grand jury, but at least since the fall of 2021, and continuing at least until March 22, 2022, in the Eastern District of Michigan, Northern Division, AUSTIN SAUCEDO knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, that is, conspiracy to possess with intent to distribute and to distribute cocaine and cocaine base, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Count One of this indictment and incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT SEVEN
## Use of a Communication Facility
## (21 U.S.C. § 843(b))

**D-4   JONATHAN ORTIZ CORONADO**

Beginning on a date unknown to the grand jury, but at least since the fall of 2021, and continuing at least until March 22, 2022, in the Eastern District of Michigan, Northern Division, JONATHON CORONADO knowingly used and

caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, that is, conspiracy to possess with intent to distribute and to distribute cocaine base, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Count One of this indictment and incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHT
## Use of a Communication Facility
## (21 U.S.C. § 843(b))

**D-5  ARISTEO VINCENTE DELGADO**

Beginning on a date unknown to the grand jury, but at least since the fall of 2021, and continuing at least until March 22, 2022, in the Eastern District of Michigan, Northern Division, ARISTEO DELGADO knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, that is, conspiracy to possess with intent to distribute and to distribute cocaine base, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Count One of this indictment and incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Eight of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendants of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

THIS IS A TRUE BILL

Dated: April 6, 2022

s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/TIMOTHY TURKELSON
TIMOTHY TURKELSON
Assistant U.S. Attorney
600 Church Street, Suite 210
Flint, Michigan 48502
(810) 766-5177
timothy.turkelson@usdoj.gov
(P53748)

7

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☑ No | AUSA's Initials: TT |

Case Title: USA v. RICARDO DELGADO, ET. AL.

County where offense occurred: SAGINAW

Check One:   ☑ Felony     ☐ Misdemeanor     ☐ Petty

\_\_\_\_Indictment/\_\_\_\_Information --- **no** prior complaint.
_X_ Indictment/\_\_\_\_Information --- based upon prior complaint [Case number: 22-mj-30150]
\_\_\_\_Indictment/\_\_\_\_Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

04/06/2022
Date

s/TIMOTHY TURKELSON
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013